UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL WILDLIFE FEDERATION, PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>Defendant,<br><br>And<br><br>NATIONAL ASSOCIATION OF HOME BUILDERS, et al.,<br><br>Intervenor-Defendant. | No. C03-2824Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   This case comes before the Court on the plaintiffs' motion to set a schedule for the completion of defendant Federal Emergency Management Agency's ("FEMA's") Endangered Species Act consultation with the National Marine Fisheries Service ("NMFS"), docket no. 56. The Court has reviewed FEMA's January 14, 2005 status report, docket nos. 52 and 53, and finds FEMA's proposed schedule for completion of the consultation reasonable. At present, the plaintiffs have not presented the Court with any indication that FEMA will not comply with this proposed schedule. The Court notes, however, that it has retained jurisdiction to ensure FEMA complies with its obligations to consult with the NMFS. See Order, docket no. 49. The Court DENIES plaintiffs' motion to set a schedule for the completion of consultation, docket no. 56, without prejudice.

MINUTE ORDER   1–

(2)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 15th day of April, 2005.

BRUCE RIFKIN, Clerk

By  s/ Casey Condon
_____
Casey Condon
Deputy Clerk

MINUTE ORDER   2–